UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY MARTIN,<br><br>                       Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                       Defendants. | CASE NO. C20-0311-JCC-MAT<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's counsel did not sign or date the proposed amended complaint. (*See* Dkt. 47-1.) Accordingly, the Clerk is directed to STRIKE the amended complaint (Dkt. 52) and counsel for plaintiff is ORDERED to file a signed and dated amended complaint within **ten (10) days** of the date of this Order.  Counsel should also take the opportunity to modify the amended complaint to conform with the Court's ruling granting in part and denying in part the motion to amend. (*See* Dkt. 51.)

DATED this 12th day of February, 2021.

WILLIAM M. MCCOOL, Clerk

By: s/ Michael Williams
     Deputy Clerk

MINUTE ORDER
PAGE - 1