# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY MARTIN, | NO. C20-0311-JCC-MAT |
| Plaintiff, | ORDER ON THE STIPULATED MOTION TO MODIFY DEADLINES |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al. | ~~(PROPOSED)~~ |
| Defendants. | |

**ORDER**

Based on the stipulation of the parties, the Court **ORDERS:**

1. The stipulation of the parties is **GRANTED**;

2. The deadline for the disclosure of experts is **September 17, 2021**;

3. The deadline for Rebuttal Expert Witness disclosure is **October 8, 2021**;

3. The deadline for Motions related to discovery is **October 18, 2021**;

4. The deadline for non-expert discovery to be completed is **November 19, 2021;**

5. The deadline to file and serve any dispositive motion is **December 17, 2021;**

6. The deadline for the settlement conference is **January 17, 2022;**

7. This deadline to hold Mediation is **February 14, 2022;**

8. The deadline for Motions in Limine is **March 19, 2022;**

9. The deadline for an Agreed Pretrial Order is **April 3, 2022;**

ORDER ON THE STIPULATED
MOTION TO MODIFY DEADLINES
NO. C20-0311-JCC-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

10. The deadline for Trial Briefs is **April 8, 2022;**

11. The deadline for Jury Trial is **April 18, 2022 or as scheduled by the Court.**

IT IS SO ORDERED this 9th day of July 2021.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ Aaron Williams                       7/8/2021
Aaron Williams, WSBA #46044     DATE
Aaron.Williams@atg.wa.gov
Attorney for Defendants

Kahrs Law Firm, P.S.
The Law Office of Dan N. Fiorito III

s/ Michael Khars                        7/8/2021
Michael Kahrs, WSBA #27085      DATE
mike@kahrslawfirm.com
Dan Fiorito, WSBA #34009
dan@danfiorito.com
Attorneys for Plaintiff

ORDER ON THE STIPULATED
MOTION TO MODIFY DEADLINES
NO. C20-0311-JCC-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445