DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TIMOTHY MARTIN,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.<br><br>                Defendants. | NO. 2:20-cv-00311-JCC-MAT<br><br>ORDER ON STIPULATED MOTION TO SUPPLEMENT CERTIFIED RECORD<br><br>(~~PROPOSED~~) |

Based on the stipulation of the parties, the Court **ORDERS:**

1. The parties' stipulated motion to supplement the certified record is **GRANTED**;

2. The Clerk is **DIRECTED** to submit to the Washington State Supreme Court a certified copy of this Order and Docket Numbers 25, 25-1, 34, 68, and 69. The record so compiled contains all additional matters requested by the Washington State Supreme Court in its Order of December 1, 2021.

DATED this 3rd day of December 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION TO SUPPLEMENT CERTIFIED RECORD
NO. 2:20-cv-00311-JCC-MAT

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ Aaron Williams                              December 3, 2021
Aaron Williams, WSBA #46044       DATE
Aaron.Williams@atg.wa.gov
Attorney for Defendants


Kahrs Law Firm, P.S.
The Law Office of Dan N. Fiorito III


s/ Michael Kahrs                                December 3, 2021
Michael Kahrs, WSBA #27085         DATE
mike@kahrslawfirm.com
Dan Fiorito, WSBA #34009
dan@danfiorito.com
Attorneys for Plaintiff

ORDER ON STIPULATED MOTION TO
SUPPLEMENT CERTIFIED RECORD
NO. 2:20-cv-00311-JCC-MAT

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445