DISTRICT JUDGE BARBARA J. ROTHSTEIN
MAGISTRATE JUDGE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

TIMOTHY MARTIN,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.

    Defendants.

NO. C20-0311-BJR-SKV

[PROPOSED] ORDER MODIFYING TRIAL DATE AND RELATED DATES

THIS MATTER coming before this Court on the parties' joint motion to extend pretrial deadlines;

IT IS HEREBY ORDERED that the motion is granted. The Trial Date in this matter is extended from July 15, 2024 to **August 12, 2024 at 9:00 am**. The deadline for Motions in Limine is extended from June 10, 2024 to **July 8, 2024**. The deadline for the Joint Pre-Trial Statement is extended from June 17, 2024 to **July 15, 2024**. The deadline for the Pretrial Conference is extended

/ / /

/ / /

/ / /

/ / /

/ / /

from July 2, 2024 to **July 30, 2024 at 10:30 am**. The remaining pre-trial deadlines in this Court's May 16, 2024 Order Setting Trial Date and Related Dates are unchanged.

    DATED this 18th day of May, 2023.

*Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ Aaron Williams                              5/18/2023
Aaron Williams, WSBA #46044     DATE
Aaron.Williams@atg.wa.gov
Attorney for Defendants

Kahrs Law Firm, P.S.
The Law Office of Dan N. Fiorito III

s/ Michael Kahrs                              5/18/2023
Michael Kahrs, WSBA #27085      DATE
mike@kahrslawfirm.com
Dan Fiorito, WSBA #34009
dan@danfiorito.com
Attorneys for Plaintiff