UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY MARTIN,<br><br>                  Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                  Defendants. | Case No. C20-0311-BJR-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

This matter has been scheduled for a settlement conference on July 18, 2023. Dkt. 102. Considering that fact, the Court herein RENOTES the pending Motion to Certify to the Washington Supreme Court, Dkt. 98, for consideration on **July 28, 2023**.

Dated this 8th day of June, 2023.

                                                      Ravi Subramanian
                                                      Clerk of Court

                                                      By: Stefanie Prather
                                                      Deputy Clerk