|   |   |
|---|---|
| 1 | DISTRICT JUDGE BARBARA J. ROTHSTEIN |
| 2 | MAGISTRATE JUDGE S. KATE VAUGHAN |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| TIMOTHY MARTIN, | NO. 2:20-cv-00311-BJR-SKV |
|---|---|
| Plaintiff, | STIPULATED NOTICE OF SETTLEMENT |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al. | |
| Defendants. | |

The parties jointly file this notice to the Court informing the Court that they have a signed settlement agreement in place in this litigation so the case may be dismissed.

ROBERT W. FERGUSON
Attorney General

s/ Aaron Williams                         August 8, 2023
Aaron Williams, WSBA #46044      DATE
Aaron.Williams@atg.wa.gov
Attorney for Defendants


Kahrs Law Firm, P.S.
The Law Office of Dan N. Fiorito III

s/ Michael Kahrs                           August 8, 2023
Michael Kahrs, WSBA #27085       DATE
mike@kahrslawfirm.com
Dan Fiorito, WSBA #34009
dan@danfiorito.com
Attorneys for Plaintiff

STIPULATED NOTICE OF SETTLEMENT
NO. 2:20-cv-00311-BJR-SKV

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445