UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | NO. 2:20-CV-00311-BJR-SKV<br><br>ORDER OF DISMISSAL |

The parties have filed a Notice of Settlement. Dkt. No. 105. By agreement of the parties, the Court DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this Order.

DATED this 14th day of August, 2023.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL - 1